all other proper expenses, including travel expenses, shall be charged against and be borne by the parties in such proportion as the Court may hereafter direct.

■

**No. 10A768. James C. Platts, Applicant v. United States.**

563 U.S. 915, 131 S. Ct. 1842, 179 L. Ed. 2d 770, 2011 U.S. LEXIS 2619.

April 4, 2011. Application for a certificate of appealability, addressed to Justice Sotomayor and referred to the Court, denied.

■

**No. 10A824. Theodore C. Shove, Applicant v. Vince Cullen, Warden.**

563 U.S. 915, 131 S. Ct. 1842, 179 L. Ed. 2d 770, 2011 U.S. LEXIS 2653.

April 4, 2011. Application for a certificate of appealability, addressed to The Chief Justice and referred to the Court, denied.

■

**No. 09-11328. Willie Gene Davis, Petitioner v. United States.**

563 U.S. 916, 131 S. Ct. 1843, 179 L. Ed. 2d 770, 2011 U.S. LEXIS 2795.

April 4, 2011. Motion of petitioner for appointment of counsel granted. William W. Whatley, Esquire, of Montgomery, Alabama, is appointed to serve as counsel for the petitioner in this case.

■

**No. 10-290. Microsoft Corporation, Petitioner v. i4i Limited Partnership, et al.**

563 U.S. 916, 131 S. Ct. 1843, 179 L. Ed. 2d 770, 2011 U.S. LEXIS 2811.

April 4, 2011. Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for

divided argument granted. The Chief Justice took no part in the consideration or decision of this motion.

■

**No. 10-779. William H. Sorrell, Attorney General of Vermont, et al., Petitioners v. IMS Health Inc., et al.**

563 U.S. 916, 131 S. Ct. 1843, 179 L. Ed. 2d 770, 2011 U.S. LEXIS 2804.

April 4, 2011. Motion of respondents for divided argument denied.

■

**No. 10-5400. Alejandra Tapia, Petitioner v. United States.**

563 U.S. 916, 131 S. Ct. 1843, 179 L. Ed. 2d 770, 2011 U.S. LEXIS 2670.

April 4, 2011. Motion of the Acting Solicitor General for divided argument granted.

■

**No. 10-7786. John D. Simpson, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections, et al.**

563 U.S. 916, 131 S. Ct. 1843, 179 L. Ed. 2d 770, 2011 U.S. LEXIS 2632.

April 4, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

■

**No. 10-8744. Luis R. Carney, Petitioner v. Kellie L. Carney.**

563 U.S. 916, 131 S. Ct. 1843, 179 L. Ed. 2d 770, 2011 U.S. LEXIS 2716.

April 4, 2011. Motion of petitioner for leave to proceed in forma pauperis denied.

Petitioner is allowed until April 25, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-8784. Adebayo O. T. Fayiga, Petitioner v. Kyra Sophia Cassagnol, et al.**

563 U.S. 916, 131 S. Ct. 1844, 179 L. Ed. 2d 771, 2011 U.S. LEXIS 2720, ■

April 4, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until April 25, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-8794. Louis G. Antonellis, Petitioner v. Cumberland County Schools Board of Education, et al.**

563 U.S. 916, 131 S. Ct. 1844, 179 L. Ed. 2d 771, 2011 U.S. LEXIS 2685.

April 4, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until April 25, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-9069. Brother Yhwh H. Monroe, Petitioner v. Nancy Krippel, et al.**

563 U.S. 916, 131 S. Ct. 1844, 179 L. Ed. 2d 771, 2011 U.S. LEXIS 2744, ■

April 4, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until April 25, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-9253. Abe B. Evans, Petitioner v. United States.**

563 U.S. 916, 131 S. Ct. 1844, 179 L. Ed. 2d 771, 2011 U.S. LEXIS 2665.

April 4, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until April 25, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-9742 (10A955). Daniel Wayne Cook, Petitioner v. Arizona.**

563 U.S. 916, 131 S. Ct. 1847, 179 L. Ed. 2d 771, 2011 U.S. LEXIS 2817.

April 4, 2011. The application for stay of execution of sentence of death, presented to Justice Kennedy, and by him referred to the Court, is granted pending the disposition of the petition for a writ of certiorari. Should the petition for a writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for a writ of certiorari is granted, the stay shall terminate upon the issuance of the mandate of this Court.